IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS BRADLEY, #232 552, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-629-RAH ) |
| ALABAMA BUREAU OF PARDONS and PAROLES, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

On November 16, 2020, Magistrate Judge filed a Recommendation to which no timely objection have been filed. (Doc. 4.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's failures to comply with the order of the court and to prosecute this action.

A separate Final Judgment will be entered.

DONE, this 9th day of December, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE